# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4110
_____

FLORIDA DEPARTMENT OF
HEALTH,

Petitioner,

v.

EDWARD MILLER AND SON, INC.,

Respondent.
_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 1, 2019

PER CURIAM.

The petition for writ of prohibition is denied. *Fla. Dep't of Health v. Tropiflora, LLC*, 44 Fla. L. Weekly D305 (Fla. 1st DCA Jan. 25, 2019).

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eduardo S. Lombard of Radley Law Firm, Tallahassee, for Petitioner.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for Respondent.